IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CENTRAL PENN DISTILLING, INC.** d/b/a **MASON DIXON DISTILLERY,** Plaintiff | : : : : | No. 1:22-cv-00179 |
| v. | : : | (Judge Kane) |
| **DRAKE'S ORGANIC SPIRITS, INC.,** Defendant | : : : | |

# ORDER

**AND NOW**, on this 10th day of January 2023, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The motion for leave to file a document under seal filed by Defendant Drake's Organic Spirits, Inc. ("Defendant") (Doc. No. 34) is **GRANTED**, and the Clerk of the Court is directed to maintain under seal the document docketed in this action on September 27, 2022 (Doc. No. 35);

2. Defendant's motion for partial dismissal of Plaintiff's claims (Doc. No. 25) is **GRANTED IN PART** and **DENIED IN PART** as follows:

   a. Counts II and III of Plaintiff's amended complaint—insofar as they seek cancelation of Defendant's registered trademark DRAKE'S ORGANIC BOXTAILS—are **DISMISSED WITH PREJUDICE;**

   b. Count IV of Plaintiff's amended complaint is **DISMISSED WITH PREJUDICE**;

   c. Defendant's motion to dismiss is **DENIED** in all other respects; and

3. Defendant shall file an answer to Plaintiff's amended complaint (Doc. No. 11) within twenty-one (21) days of the date of this Order.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
